UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY ___PG___ D.C.

JUN 16 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

RODNEY HUNTER
          Plaintiff,

                              Civil Action No: 22-60873-

v.                            CV- MIDDLEBROOKS

                              AMENDED COMPLAINT

BROWARD COUNTY SHERIFF'S OFFICE

SERGEANT QUEST

OFFICER LAMAR

OFFICER ST. FARD

OFFICER ANDA

NURSE PRACTICIONER, etc

individually and in their official capacities
          Defendants,


          I. JURISDICTION AND VENUE


1. This is a civil action authorized by 42 U.S.C

Section 1983 to redress the deprivation under color

of state law of rights secured by the Constit-

ution of the United States. The court has juris-

diction under 28 U.S.C. Section 1331 and 1343 (a)

(3). Plaintiff Hunter seeks declaratory relief

pursuant to 28 U.S.C. Section 2201 and 2202

Plaintiff Hunter Federal Tort Claims Act are

authorized by 28 U.S.C. Section 1346.

2. The Southern District of Florida is an

appropriate venue under 28 U.S.C. section 1391

(b)(2) because it is where the events giving

rise to this claim occurred.

## II. PLAINTIFFS

3. Plaintif RODNEY HUNTER was a detainee

at the BROWARD COUNTY MAIN JAIL. He

is currently confined in Century Correctional

Institution, Century, Florida

## III. DEFENDANTS

4. The Defendants are all officers and or

Staff of the Broward County Sheriffs Office

and Main Jail.

5. Defendant Sergeant Quist is an officer

of the Broward County Main Jail and Sheriff's

Office who at all times mentioned in this

complaint

6. Defendant Officer Lamar is an officer of the Broward County Main Jail and Sheriffs Office who at all times is mentioned in this complaint.

7. Defendant Officer St. Ford is an officer of the Broward County Main Jail and Sheriffs Office who at all times is mentioned in this complaint.

8. Defendant Officer Anda is an officer of the Broward County Main Jail and Sheriffs Office who at all times is mentioned in this complaint.

9. Defendant Nurse Jane Doe is an staff member of the Broward County Main Jail and Sheriffs Office who is also mentioned in this complaint.

10. Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint each defendant acted under color of state law.

## III. FACTS

11. On 7/18/19 around 12 pm officer Lamar escorted me and two other inmates back from medical. When officer Lamar escorted us back to the Unit he unshackled the handcuffs and leg restraints from the two inmates and let them walk to their quad and cell on their on. I never gave officer Lamar a Problem nor was I disbehaving while at medical. Upon information and belief he was Suppose to uncuff both handcuffs and Shackles from off me and let me walk in my quad cell just like he let the other two inmates did who just came from medical with me. Officer Lamar walked me

in my cell with the handcuffs
on. Told me to sit on my bunk
and I did everything I was told
and Never said a word while he
uncuff me. He then punched me
in the Face and kept punching
me as I balled up and started
Screaming for help on my bunk
and put my arms around my
head and face to protect myself,
Then he started Punching, Kicking,
and Stomping my body. As soon as
I tried to use my arm to
Shield my body, officer Lamar
then started Punching, Kicking,
and Stomping on my face and
head as well.

12. On 7/18/19 around 12pm while officer Lamar was Punching, Kicking, and Stomping my head, face, and body. I was doing my best using my arm to shield my head, Face, and body. As I was shielding myself I felt officer St.Fard grab my arm and hold me so I can no longer shield my head, face, and body. While officer St.Fard was holding my arm and lifting me from being face down on the bed. Officer Lamar Repeatedly was Punching me in the face.

13. On 7/18/19 around 12pm Sergeant Quest stood in the door way to my cell and watched his officers use excessive Force on me while I screamed for help.

14. On 7/18/19 as soon as Officer Anda came on shift I declared medical emergency to him. I told him I threw up blood, my vision is blurry, and my ribs feel fractured. I also showed him the bruises on my face and body. Thru the whole shift I declared medical emergency to him and he never

Sent me to medical for help.
I told the Nurse I got a
medical emergency that I threw
up blood, My vision is blurry, and
my ribs feel fractured. I also
showed her the bruises caused
from officer lamar on my
face and body. Officer Anda
told her that I don't need
15. medical emergency but to just
give me a pain pill and Ice pack.
On 7/18/19 on the Night
Shift, Nurse Jane Doe came
and did medication round with
officer Anda. She was New and
her first time doing medication

in our quad I told her I need
medical emergency. I told her I
threw up blood, my vision is blurry,
and my ribs feel fractured. I
also showed her the bruises on
my face and body. She asked
officer Anda what should she
do and officer Anda told her
not to send me to medical for
medical emergency but just give
me a pain pill and ice pack

## IV. EXHAUSTION OF LEGAL REMEDIES

16. Plaintiff Hunter used the jail grievance procedure available at Broward County Main Jail to try and solve problem based on the attack by the officer's and denial of medical attention of the nurse. He sent a grievance on 7-19-19 reported the details of the whole attack and completed another grievance on 7-22-19. These grievances were never responded too and the Plaintiff was shipped to prison. Exhibit A is report from medical. The day of attack was 7-18-19

## V. LEGAL CLAIMS

17. Defendant Officer Lamar used excessive force against Plaintiff Hunter by punching, Kicking, and stepping on his head, face,

arms, legs, back, & hands when Plaintiff

Hunter was not violating any Jail rule, and

was not acting disruptively at all. Defendant

Lemer's actions violated the Plaintiff's Hunter's

rights under the Eighth Amendment to the

United States Constitution. Further he violated

the Plaintiff civil rights under discrimination

for him being an inmate. And caused the

Plaintiff Hunter pain, suffering, physical injury

and emotional distress with mental trauma.

18. Defendant Officer St. Ford used excessive

force against Plaintiff Hunter by assisting

after he saw Defendant Lemer brutally

attacking Plaintiff Hunter by punching, kicking,

holding the Plaintiff up to get punch and kicked.

Also he stomped the Plaintiff on his head

face, arms, legs, back, stomach & hands

when Plaintiff Hunter was not violating any

jail rule, and was not acting disruptively just

screaming for help. Defendant Officer St. Ford

actions violated the Plaintiff Hunter's rights

under the Eighth Amendment to the United

States Constitution. Further he violated the

Plaintiff Hunter's civil rights under discrimination

for him being an inmate, And caused the

Plaintiff Hunter pain, suffering, physical injury,

and emotional distress with mental trauma.

19. By witnessing Defendant Officer Lamar and

Defendant Officer St. Ford illegal actions,

failing to correct that misconduct of the

excessive force and assault and battery, and

encouraging the continuation of the misconduct



by not stopping the assault & battery / excessive

force. Defendant: Sgt Quest is also violating

the Plaintiff Hunter's rights under the Eighth

Amendment to the United States Constitution

and ceasing the Plaintiff Hunter pain, suffering,

physical injury, and emotional distress with

mental trauma.

20. Defendant Officer Anda by denying

the Plaintiff Hunter medical attention and

not reporting the injuries sustained by the

Plaintiff he has committed deliberate

indifference which is a violation of

the Plaintiff Hunter's Eight Amendment rights

under the United States Constitution. And

caused the Plaintiff Hunter pain, suffering,

physical injury by allowing to be intended

too. Also emotional distress with mental

trauma. Further encouraging the continuation

of misconduct by other Staff like

Nurse on duty.

21. Defendant Nurse by denying the

Plaintiff Hunter's full medical assistence

towards his injuries and not reporting this

to her superiors. Defendant Nurse actions

has violated Plaintiff Hunter's Eighth Amendment

to the United States Constitution by comitting

deliberate indifference. And caused the

Plaintiff Hunter pain, suffering, physical

injury by not giving full medical assistence

to heal or help the Plaintiff's injury's.

Further it caused emotional distress with

mental Trauma. Also encouraging the

contruction of misconduct

22. Plaintiff Hunter has no plain adequate

or complete remedy at law to redress the

wrongs describe herein. Plaintiff has been and

will continue to be irreperably injured by

the conduct of the defendents unless this

court grants declaratory relief and Federal

Tort relief which plaintiff seeks.

## VI. PRAYER FOR RELIEF

WHEREFORE plaintiff respectfully pray this

court enter judgement:

23. Granting Plaintiff Hunter a declaration that

the acts and omissions described herein

violated his rights under the Constitution

and laws of the United States and Florida

Constitution.



24. Granting Plaintiff Hunter compensatory

damages in the amount of $100,000.

against each defendant, jointly and severally.

25. Plaintiff Hunter seeks punitive damages in

the amount of $100,000          . Plaintiff

Hunter seeks these damages against each

defendant, jointly and severally.

26. Plaintiff Hunter also seeks a jury trial

on all issues triable by jury.

27. Plaintiff Hunter also seeks recovery of

their cost in this suit and

28. Any additional relief this court deems

just, proper, and equitable.

Dated: June 6, 2022

Respectfully submitted, Rodney Hunter

Century Correctional Institution

400 Tedder Road
Century, Florida   32535

VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those. I believe then to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Century, Florida on June, 6 2022

/s/
Rodney Hunter



# BROWARD SHERIFF'S OFFICE
## DEPARTMENT OF DETENTION
### URGENT MEDICAL CARE RECORD

| Name: (Last, First, Middle) | | | Race/Sex | CIS#: | DOB: |
|---|---|---|---|---|---|
| Hunter Rodney | | | BM | 2318013779 | 9/20/87 |
| Age: | Incident Date/Time | Use of Force? [ ] Yes [✓] No | Case #: | | |
| 31 | 7/19/19 0215 | | | | |

## AUTHORIZATION FOR HEALTH CARE SERVICES

I, the undersigned, an inmate/patient in this facility, had explained to me and understand the nature of my condition. I hereby authorize the health care staff to perform evaluation and treatment on me as needed.

Signature _____ Date _____

Witness ⟨S⟩ Paul, RN Date 7/19/19

Witness ⟨signature⟩ 18938 Date 7/19/19

If inmate/patient cannot sign, explain:

Pt was unable to sign due to handcuff

## BRIEF HISTORY

If injured by accident, state where, when, and how injury occurred. If an illness occurred, provide description of illness:

Pt stated he was in Altercation with BSO Deputy

## TREATMENT

Pt Vitals within normal Pain medication administered and applied Ice pack to swollen area Pt is stable no sign of distress noted

## DISPOSITION

Pt remained in BSO Custody

Condition on release: [ ] GOOD  [✓] FAIR  [ ] POOR

BSO DJ#26 (Revised 06/18)

Inmate's Name: (Last, First, Middle) Hunter, Rodney         CIS# 23180 1377

## DIAGRAM OF INJURY



Red spot to Right face

Redness to face

Swollen ribs

| Front | Right Side | Back | Left Side |

Type of Injury: Redness to Right face, Red spot to Right eye, Swollen and Redness noted to left side of the back

Signature: S. Paul         Title: RN

Date: 7/9/19         Time inmate was presented for medical treatment: 0215

**Broward County Sheriff's Office, FL**
*Main Jail Bureau*
*555 SE 1st Ave*
*Fort Lauderdale , FL 33310*

**Staff Referral Form**
Medical



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| RODNEY DONNELL HUNTER | 687152 | 231801377 | 9/20/1987 | 7/19/2019 |

Type:      ◉ *Emergent* ○ *Urgent* ○ *Routine*

Medical:    ☐ *Physician* ☑ *Mid-level Provider* ☐ *Nurse* ☐ *Chronic Care* ☐ *Other*

Other:

Reason for Referral:

*FACE INJURIES*

Additional Information (including interim actions taken):

*PT STATED HE WAS IN ALTERCATION WITH BSO DEPUTY ON 7/18/19, HOWEVER, PT REPORTED THE EVENT ON 7/19/19*

# INCIDENT/INVESTIGATION REPORT

** *Contains Restricted Names* **

| Agency Name | | Case# |
|---|---|---|
| Broward County Sheriff's Office | | 90-1907-006478 |
| ORI | | Date / Time Reported |
| 0060000 | | 07/19/2019 03:57 Fri |
| | | Last Known Secure |
| | | 07/18/2019 12:00 Thu |
| Location of Incident | | At Found |
| 555 Se 1st Av, Fort Lauderdale FL 33073- | | 07/19/2019 02:15 Fri |

**INCIDENT DATA**

| Premise Type | Zone/Tract |
|---|---|
| Jail / Prison | 5101 |

| #1 | Crime Incident(s) (Com) | Weapon / Tools NOT APPLICABLE | | | Activity |
|---|---|---|---|---|---|
| | Information | | | | |
| | INFO | Entry | Exit | Security | |
| #2 | Crime Incident ( ) | Weapon / Tools | | | Activity |
| | | Entry | Exit | Security | |
| #3 | Crime Incident ( ) | Weapon / Tools | | | Activity |
| | | Entry | Exit | Security | |

**MO**

**VICTIM**

| # of Victims 0 | Type: | Injury: | | | | Domestic: N | |
|---|---|---|---|---|---|---|---|
| V1 | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |

Age

| Home Address | Home Phone |
|---|---|
| Employer Name/Address | Business Phone | Mobile Phone |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

| Type: INDIVIDUAL (NOT A LE OFFICER) | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|
| Code IO | Name (Last, First, Middle) HUNTER, RODNEY DONNELL | Victim of Crime # | DOB 09/20/1987 Age 31 | Race B | Sex M | Relationship To Offender 00 | Resident Status Resident | Military Branch/Status |
| Home Address 1030 Nw 6th Ave  Pompano Beach, FL 33060 | | | | | | Home Phone | |
| Employer Name/Address NONE | | | | Business Phone | | Mobile Phone | |

| Type: INDIVIDUAL (NOT A LE OFFICER) | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|
| Code RP | Name (Last, First, Middle) LIVINGSTON, ▓▓▓▓ Restricted | Victim of Crime # | DOB Age ▓▓▓ | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address 555 Se 1st Av  Fort Lauderdale, FL 33301 | | | | | | Home Phone | |
| Employer Name/Address Broward Co Sheriffs Office (DET.SERGEANT) | | | | Business Phone | | Mobile Phone | |

**PROPERTY**

L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# LIVINGSTON, ▓▓▓(4220) (14717) | | |
|---|---|---|
| Invest ID# (0) | | Supervisor (0) |

**Status**

| Complainant Signature | Case Status Active | 07/19/2019 | Case Disposition: | Page 1 |
|---|---|---|---|---|

R_CS1.IBR , BS_MJ_01                Sys#: 1                07/19/2019 05:21

AUG 9 0 2019

## INCIDENT/INVESTIGATION REPORT

*Broward County Sheriff's Office*

Case # *90-1907-006478*

| Status Codes | L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found | | | | | |

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| **D** | | | | | | |
| **R** | | | | | | |
| **U** | | | | | | |
| **G** | | | | | | |
| **S** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:   *None*

NARRATIVE
8C1-7
Information

## REPORTING OFFICER NARRATIVE

| Broward County Sheriff's Office | | | OCA 90-1907-006478 |
|---|---|---|---|
| Victim | Offense *INFORMATION* | | Date / Time Reported *Fri 07/19/2019 03:57* |
| | | | |

On Friday July 19, 2019 at 0215 hours Inmate Hunter, Rodney CIS 231801377 was escorted to the infirmary due to complaints of pain in stomach and trouble breathing. While being assessed by Nurse Paul in the infirmary, Inmate Hunter alleged he was assaulted by staff during the morning shift and did not tell anyone. Inmate Hunter completed a Victim/Witness statement, which is included. Upon completion of medical assessment Inmate Hunter was cleared to remain in 8C1-7. Lieutenant Slappy CCN 13817 was notified. An urgent medical care form was generated with the following injuries noted: Red spot to right eye, redness to face, and swollen left ribs / back. Copy of Inmate contact card printed, noting staff speaking with inmate due to an emotional outburst.

I took necessary photographs of the inmate.

Copy of video footage reviewed and submitted.

Master control Deputy Grissom CCN 15828 notified at 0357 hours.

Case #: 1183111

| | | | |
|---|---|---|---|
| **Inmate:** HUNTER, RODNEY | | **ID:** 231801377 | **Type:** Grievance |
| **Recipient:** Admin Grievance, Admin Grievance | | **Created:** 7/22/2019 4:38 PM | **Category:** Complaints Against Staff |
| **Cellblock:** | | | **Sub-Catgory:** Improper Conduct |
| **Case Cellblock:** MAIN-8C-1-7-1 | | | **Status:** Closed, Unfounded |

| From | To | Message | Entered |
|---|---|---|---|
| HUNTER, RODNEY | Admin Grievance, Admin Grievance | sarge hepburn came and did an investigation on me and officer lamar today.i told him after leaving medical he brought me to my room and physically abuse me and i have witnesses who heard me scream for somebody to help me.sarge hepburn told me thats not enough for him to do an investigation | 7/22/2019 4:38:00 PM |
| WALTERS, TERESKA | HUNTER, RODNEY | Inmate sent on FSP Run 7/23/19 06:27hours. This issue has been brought to command. Closed | 7/25/2019 9:19:00 AM |

Hunter Rodney #L66755
Century Correctional Institution
400 Tedder Road
Century, FL 32535



USMS INSPECTED
By_____

Clerk
United Sta
Southern Dist
400 North
Miami, F

USPS TRACKING #

9505 5105 4336 7036 6246

EXPECTED DELIVERY DAY: 06/16/22

LEGAL USE ONLY
Cit. 33-601.314 [7-4], F.A.C.
Misuse of State Property
Will Result in Disciplinary Action
6 - 6 - 22