UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:22-CV-60873-DMM

RODNEY HUNTER

    Plaintiff,

v.

BROWARD COUNTY SHERIFF'S
OFFICE, SERGEANT QUEST,
OFFICER LAMAR, OFFICER ST-PHARD,
OFFICER ANDA, NURSE JANE DOE,

    Defendants.
_____/

**SERGEANT QUEST, OFFICER LAMAR, OFFICER ST-PHARD
and OFFICER ANDA's ANSWER AND AFFIRMATIVE DEFENSES**

COME NOW, SERGEANT QUEST, OFFICER LAMAR, OFFICER ST-PHARD and OFFICER ANDA, (hereinafter "DEFENDANT OFFICERS"), by and through their undersigned counsel and hereby file their Answer and Affirmative Defenses to Plaintiff's Complaint.

DEFENDANT OFFICERS deny each and every allegation in Plaintiff's Complaint and demand strict proof thereof.

**AFFIRMATIVE DEFENSES**

1. Further answering and as their first affirmative defense, DEFENDANT OFFICERS would allege and assert that they are entitled to qualified immunity because they did not act in any way that would violate any clearly established rights guaranteed to the Plaintiff under the Constitution of the United States and/or under any statutory and/or common law, of which a reasonable person and/or reasonable police officer would have known.

2. Further answering and as their second affirmative defense, DEFENDANT OFFICERS would allege and assert that, at all times material, they acted in good faith, without malice and in pursuit of a lawful and legal duty.

3. Further answering and as their third affirmative defense, DEFENDANT OFFICERS would allege and assert that Plaintiff has failed to comply with the Prison Litigation Reform Act.

4. Further answering and as their fourth affirmative defense, DEFENDANT OFFICERS would allege and assert that the actions taken by them with regard to the seizure, apprehension and detention of the Plaintiff, were reasonable upon objective evaluation and not so grossly disproportionate to the need to take those actions so as to warrant recovery pursuant to 42 U.S.C. § 1983.

5. Further answering and as their fifth affirmative defense, DEFENDANT OFFICERS would allege and assert that Plaintiff has failed to mitigate his alleged damages.

6. Further answering and as their sixth affirmative defense, DEFENDANT OFFICERS would allege and assert that the injuries sustained by Plaintiff, if any, were caused in whole or in part by Plaintiff's own unlawful acts or conduct, and accordingly Plaintiff may not recover, or alternatively, any recovery by Plaintiff must be reduced in accordance with the percentage that the caused or contributed to his own injuries.

7. Further answering and as their seventh affirmative defense, DEFENDANT OFFICERS would allege and assert that Plaintiff's injuries are *de minimus*, not warranting compensatory or punitive damages.

8. Further answering and as their eighth affirmative defense, DEFENDANT OFFICERS would alleged and assert that there was not adequate time to intervene in the alleged use of excessive force.

9. DEFENDANT OFFICERS further demand reasonable attorney's fees pursuant to 42 U.S.C.

§ 1988, should they prevail in this action.

10. DEFENDANT OFFICERS reserves the right to amend and supplement these affirmative defenses adding such affirmative defenses as may appear to be appropriate upon further discovery being conducted in this case.

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,
/s/ Tamatha S. Alvarez
TAMATHA S. ALVAREZ (151467)
tsalaw@hotmail.com
MARTIN, LISTER & ALVAREZ
1655 N. Commerce Parkway
Suite 102
Weston, FL 33326
Telephone:    (954) 659-9322
Facsimile:     (954) 659-9909
Counsel  for QUEST, LAMAR, ST-PHARD and ANDA

## SERVICE LIST
CASE NO: 22-CV-60873-DMM

Rodney Hunter, *pro se*
Century Correctional Institute
DOC# L66755
Inmate Mail/Parcels
400 Tedder Rd.
Century, FL 32535
CMRR#7018 0680 0001 6144 0576

3